# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JULIE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 17-03358-CV-W-BP |
| | ) |
| LOWTHER JOHNSON ATTORNEY AT LAW, LLC, | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 14th day of February, 2018 , the parties herein having filed a Notice of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice and without fees or costs to any party.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 2/21/2018